Village of Exeter, plaintiff in error, v. Frank Rockwood and Charles Rolf, defendants in error. Gen. No. 8,866.

Opinion filed January 14, 1935.

C. C. Carter and S. H. Cummins, for plaintiff in error. Funk & Mc-Keene, for defendants in error.

Mr. Presiding Justice Fulton delivered the opinion of the court.